# IN THE SUPREME COURT OF THE STATE OF NEVADA

MCGEE & MCGEE WINE
MERCHANTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY D/B/A
SAPPHIRE FAMILY OF WINES,
Appellant,
vs.
JAM CELLARS, INC., A CALIFORNIA
CORPORATION; AND JOHN
ANTHONY VINEYARDS, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY,
Respondents.

No. 70172

FILED

MAR 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a district court order denying a preliminary injunction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

To obtain a preliminary injunction, "the moving party must show that there is a likelihood of success on the merits and that the nonmoving party's conduct, should it continue, would cause irreparable harm for which there is no adequate remedy at law." *Dep't of Conservation & Nat. Res., Div. of Water Res. v. Foley*, 121 Nev. 77, 80, 109 P.3d 760, 762 (2005). Having reviewed the parties' arguments and the record, we conclude that the district court did not abuse its discretion by denying the preliminary injunction. *See Labor Comm'r of State of Nev. v. Littlefield*, 123 Nev. 35, 38, 153 P.3d 26, 28 (2007) (providing that a decision to grant or deny a preliminary injunction is within the discretion of the district court). In particular, while appellants clearly requested a preliminary injunction hearing, appellants do not explain on appeal what material facts required elucidation by live testimony. 11A Charles Alan

*17-09020*

Wright, Arthur R. Miller & Mary Kay Kane, *Federal Practice and Procedure: Civil*, § 2949, at 249 (2013) (explaining that while an evidentiary hearing is typically appropriate, a preliminary-injunction motion may be decided on "written evidence when no conflict about the facts requires illumination by live testimony"). Accordingly, we

ORDER the district court's denial of the preliminary injunction AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Scott N. Freeman, District Judge
      Bradley Drendel & Jeanney
      Guild, Gallagher & Fuller, Ltd.
      Lewis Roca Rothgerber Christie LLP/Las Vegas
      Lewis Roca Rothgerber Christie LLP/Reno
      Washoe District Court Clerk